**REDACTED**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GUILLERMO A. MARTINEZ, )<br>)<br>Defendant. ) | Criminal Action No. 08-76 |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNTS ONE TO FOUR

From on or about August 7, 2007, through on or about August 17, 2007, in the District of Delaware, Guillermo A. Martinez, defendant herein, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| Count | Date Received |
|:-:|:-:|
| 1 | August 7, 2007 |
| 2 | August 7, 2007 |
| 3 | August 17, 2007 |
| 4 | August 17, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT FIVE

On or about January 23, 2008, in the District of Delaware, Guillermo A. Martinez, defendant herein, knowingly possessed a computer hard drive and other digital storage media that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke* (signature)
Christopher J. Burke
Assistant United States Attorney

Dated:  May 6, 2008