IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 08-76 |
| GUILLERMO A. MARTINEZ | ) ) ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Guillermo A. Martinez, as a result of the Indictment returned against him on May 6, 2008.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: May 6, 2008

AND NOW, this 6th day of May, 2008, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Guillermo A. Martinez.

*[signature]*
Honorable Mary Pat Thynge
United States Magistrate Judge