UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff<br><br>     v.<br><br>GUILLERMO MARTINEZ<br>              Defendant | )<br>)<br>)<br>)  Cr. No. 08-76<br>)<br>)<br>)<br>)<br>) |

## ORDER

This 28th day of MAY_____, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before JUNE 11th, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

_____
Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
    United States Attorney



MAY 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE