IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-76-SLR |
| GUILLERMO A. MARTINEZ, | : |
| Defendant. | : |

### ORDER

Having considered Defendant Martinez' Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this __11th__ day of __June__, 2008, that Defendant Martinez' pre-trial motions shall be due on the __11th__ day of __July__, 2008, and that the time from June 11, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court

PDF created with pdfFactory Pro trial version www.pdffactory.com