IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Crim. No. 08-076-SLR
                                    )
GUILLERMO MARTINEZ,                 )
                                    )
            Defendant.              )


**O R D E R**

At Wilmington this *1st* day of July, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Monday, July 28, 2008 at 1:00 p.m.**, with the court initiating said call.

2. The time between this order and July 28, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.


_____
United States District Judge